IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JESSICA GILBERT,

    Plaintiff

VS.                                                              DOCKET NO. 1:14-cv-00046
                                                                    JURY DEMANDED

COMPASS GROUP USA, INC. d/b/a
HICKMAN COMMUNITY HOSPITAL,

    Defendant.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties hereby notify the Court that all matters in controversy have been settled, and the parties stipulate that this action shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

                                        Respectfully Submitted,

                                        **FISHER & PHILLIPS LLP**

                                        By: /s/Jeff Weintraub
                                        Jeff Weintraub #09686
                                        Courtney Leyes Tomlinson, *admitted Pro Hac Vice*
                                        1715 Aaron Brenner Drive, Suite 312
                                        Memphis, TN 38120
                                        TEL: (901) 526-0431
                                        FAX: (901) 526-8183
                                        *Attorneys for Defendant*

**Law Office of Donald D. Zuccarello**

By: /s/ Donald D. Zuccarello
Donald D. Zuccarello #15092
3209 West End Avenue
Nashville, Tennessee 37203
(615) 259-8100
(615) 259-8108 Facsimile
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2014 a true and correct copy of the foregoing instrument was filed via the Court's CM/ECF system, which sent notice of the foregoing to the following Counsel for Plaintiff:

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, Tennessee 37203

/s/Jeff Weintraub
Jeff Weintraub

FPDOCS 30028688.1

Case 1:14-cv-00046   Document 15   Filed 07/17/14   Page 2 of 2 PageID #: 48