# IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

JESSICA GILBERT,              )
                              )
       Plaintiff,         )
                              )     Case No.1:14-cv-00046
v.                         )     Chief Judge Haynes
                              )
COMPASS GROUP USA, INC. d/b/a   )
HICKMAN COUNTY HOSPITAL,    )
                              )
       Defendant.        )

## O R D E R

Before the Court is the parties' joint stipulation of voluntary dismissal with prejudice of all claims pending in this action. (Docket Entry No. 15). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED.**

This is the Final Order in this action.

**ENTERED** this the _18_ day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge